# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## Sacramento

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br>  Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 172.15.36.234, <br><br>  Defendant. | Case Number: 2:15-cv-02706-JAM-KJN <br><br> **ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT** |

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until May 28, 2016 to effectuate service of a summons and Complaint on Defendant.

SO ORDERED this 31st day of _March_, 2016.

By: _____
UNITED STATES DISTRICT JUDGE

1

Order On Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant With a Summons and Complaint
Case Number: 2:15-cv-02706-JAM-KJN